FILED
CLERK, U.S. DISTRICT COURT

Jun 22, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHOO CENTER, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01397-SVW-SS<br><br>Hon. Stephen V. Wilson<br><br>[~~PROPOSED~~]<br><br>**JUDGMENT** |

The Motion for Summary Judgment by defendant LIBERTY MUTUAL INSURANCE COMPANY ("Liberty") has been duly considered by the Honorable Stephen V. Wilson, Judge Presiding. After full consideration of the evidence and points and authorities submitted by both parties and a decision having been duly rendered, it appears, and the Court finds, that Liberty has shown by admissible evidence and reasonable inferences therefrom, not contradicted by other evidence or inferences, that the all causes of action alleged by plaintiff YAHOO CENTER ("Plaintiff") fail as a matter of law and that there is no triable issue of any material fact with respect thereto, and therefore, Liberty is entitled to judgment in its favor

1 and against Plaintiff as to Plaintiff's entire Complaint.

2     IT IS THEREFORE ORDERED AND AJUDGED that Liberty's Motion for

3 Summary Judgment is GRANTED.

4     IT IS FURTHER ORDERED AND AJUDGED that Plaintiff take nothing,

5 that the action be dismissed on the merits and that Liberty recover its costs.

9 Dated: June 22, 2016            _____

10                                       Honorable Stephen V. Wilson
                                      District Court Judge

12 Submitted by:

13 ROPERS, MAJESKI, KOHN & BENTLEY

15 By:  */s/ E. Lacey Rice*
     STEPHEN J. ERIGERO
16     E. LACEY RICE
     Attorneys for Defendant
17     LIBERTY MUTUAL INSURANCE
     COMPANY